UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANGEL ROLON

v.                                                                                          CA 08-425 ML

STONEBRIDGE LIFE INSURANCE
COMPANY, f/k/a J.C. PENNEY LIFE
INSURANCE COMPANY

ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Almond on May 8, 2009. This Court has considered Plaintiff's claims as well as the detailed response filed by Defendant and the Report and Recommendation itself. This Court notes that the Magistrate Judge took care in explaining to Plaintiff the consequences of entering into a settlement agreement with Defendant, and that Plaintiff did so knowingly and voluntarily. Although he may now have had a change of heart, there is no legal basis upon which this Court may (or should) grant him the relief he seeks.

Plaintiff's Motion for Relief from Dismissal Order (Document No. 18) is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June    /   , 1009